# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Estate of Christian Maire, *et al.*,

                Plaintiffs,      Case No. 20-cv-13271

v.                                  Judith E. Levy
                                      United States District Judge

United States of America,

                                      Mag. Judge R. Steven Whalen

                Defendant.

_____/

## ORDER GRANTING PLAINTIFFS' ORAL MOTION TO FILE AN AMENDED COMPLAINT AND HOLDING IN ABEYANCE DEFENDANT'S MOTION TO DISMISS [12]

This case is before the Court on Defendant United States of America's motion to dismiss. (ECF No. 12.) On August 5, 2021, a hearing was held by video conference and oral argument was heard. During the hearing, Plaintiffs—the Estate of Christian Maire, Michal Figura, and Craig Evans—made an oral motion to file an amended complaint. For the reasons set forth on the record, Plaintiffs' oral motion to file an amended complaint is GRANTED, and Defendant's motion to dismiss (ECF No. 12) is HELD IN ABEYANCE. Plaintiffs must file an amended complaint within twenty days, or by August 25, 2021, if they find that doing so is

justified and not frivolous. Defendant will then have thirty days to respond to the amended complaint.

IT IS SO ORDERED.

Dated: August 9, 2021            s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                                         United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 9, 2021.

                                         s/William Barkholz
                                         WILLIAM BARKHOLZ
                                         Case Manager