UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michal Figura,

                Plaintiff,      Case No. 20-cv-13271

v.                                Judith E. Levy
                                  United States District Judge
United States of America,
                                  Mag. Judge R. Steven Whalen

                Defendant.

_____/

**ORDER GRANTING IN PART DEFENDANT'S MOTION TO STRIKE ECF NO. 33-2 AND TO RE-FILE THE EXHIBIT IN THAT DOCKET ENTRY UNDER SEAL [39]**

**AND**

**ORDER DIRECTING THE CLERK'S OFFICE
TO SEAL ECF NO. 33-2**

This case is before the Court on Defendant United States of America's motion to strike ECF No. 33-2 and to re-file the exhibit in that docket entry under seal. (ECF No. 39.) Defendant indicates that Plaintiff Michal Figura "concurred in Defendant's request for leave to re-file [ECF No. 33-2] . . . under seal for the Court's review only." (ECF No. 39, PageID.249.) Defendant's request to file the exhibit in ECF No. 33-2

under seal is granted. Accordingly, IT IS ORDERED that the Clerk's Office is directed to seal ECF No. 33-2.

IT IS SO ORDERED.

Dated: February 7, 2022       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 7, 2022.

     s/William Barkholz
     WILLIAM BARKHOLZ
     Case Manager

2